1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

DI VAN TRAN, a/k/a Davis Tran,

    Defendant.

_____/

No. CR 00-0265 WHA

**ORDER TO SHOW CAUSE**

   The United States, all victims, and the probation officer are **ORDERED TO SHOW CAUSE** why defendant Di Van Tran should not receive credit toward his restitution obligation by reason of the settlement in Action No. C 02-02050 RMW ($210,000) and the seizure of the 1999 Mercedes (in an amount to be determined). The United States shall give notice to all victims. The hearing shall be set for **FEBRUARY 1, 2008, AT 2:00 P.M.** Any objections must be made by then.

   **IT IS SO ORDERED.**

Dated:  December 18, 2007.

          _____
          WILLIAM ALSUP
          UNITED STATES DISTRICT JUDGE